PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sandy Haney Whittington                                    Docket No. 7:22-CR-86-6M

### Petition for Action on Conditions of Pretrial Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Sandy Haney Whittington, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 31st day of August, 2022.

A Petition for Action was submitted to the court on September 13, 2022, as a local treatment provider indicated that the defendant would benefit from substance abuse and mental health treatment services. Her conditions were modified to include participation in substance abuse and mental health treatment.

A Petition for Action was submitted to the court on February 23, 2023, requesting that the defendant's Location Monitoring Program participation be increased from curfew to home detention as she used methamphetamine on February 20, 2023. Defense counsel and the Assistant United States Attorney were contacted and did not object to the proposed modification. Your Honor agreed and amended the defendant's conditions of supervision.

On June 29, 2023, an unopposed Motion to Modify Order Setting Conditions of Release was submitted to the court through defense counsel requesting to modify the conditions of release from home incarceration to curfew with location monitoring. Your Honor agreed with the modification and amended the defendant's conditions of supervision on July 3, 2023.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 15, 2023, the defendant submitted a drug screen that tested positive for methamphetamine. When confronted about her positive drug screen, the defendant signed a voluntary admission stating that she used methamphetamine on August 14, 2023. As a punitive sanction for her drug use, this officer is respectfully requesting that her location monitoring restrictions be modified from curfew to home incarceration. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. The Assistant United States Attorney and counsel for the defendant have been contacted and they do not have an objection to the proposed modification.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant must abide by all conditions and terms of the home incarceration program while on conditions of release. The defendant must be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant must submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Sandy Haney Whittington
Docket No. 7:22-CR-86-6M
Petition For Action
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: August 30, 2023

**ORDER OF THE COURT**

Considered and ordered the 1st day of September, 2023, and ordered filed and made part of the records in the above case.

Richard E. Myers II
Chief United States District Judge